**Alfredo Ruiz MARTINEZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

**No. 09–70885.**

United States Court of Appeals,
Ninth Circuit.

---

**990**

Submitted Jan. 10, 2011.*

Filed Jan. 25, 2011.

Alfredo Ruiz Martinez, Los Angeles, CA, pro se.

Sunah Lee, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, Michelle Gorden Latour, Esquire, Assistant Director, U.S. Department of Justice, Washington, DC, for Respondent.

Before: BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Alfredo Ruiz Martinez, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's ("IJ") removal order. Our jurisdiction is governed by 8 U.S.C. § 1252. We review de novo due process claims. *Ram v. INS,* 243 F.3d 510, 516 (9th Cir.2001). We dismiss in part and deny in part the petition for review.

We lack jurisdiction to consider Ruiz Martinez's contentions that neither the IJ nor his former attorney elicited testimony regarding his entry date because he did not exhaust these claims before the BIA.

*See Barron v. Ashcroft,* 358 F.3d 674, 677–78 (9th Cir.2004) (this court lacks jurisdiction to review contentions not raised before the agency).

Ruiz Martinez's contention that the IJ failed to ascertain whether the withdrawal of his cancellation of removal application was knowing and voluntary is not supported by the record.

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.